UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 16-50347 |
| ) | |
| Grant Barton Hayes and ) | CHAPTER 7 |
| Genene Reynolds Hayes, ) | |
| ) | |
| DEBTORS. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK OF THE ABOVE-ENTITLED COURT, AND TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of the United States Bankruptcy Code and rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned hereby appears in the above-captioned case as counsel for Yadkin Bank, and requests copies of all notices, pleadings and all other filings in the above-captioned case including, without limitation, those pursuant to Bankruptcy Rules 2002, 3017, 4001 and 9007

Yadkin Bank requests that all counsel of record provide the following person copies of all notices, pleadings and all other filings in the above-captioned case. All counsel of record are requested to direct all written or telephonic correspondence as follows:

William Walt Pettit
Hutchens Law Firm
6230 Fairview Road
Suite 315
Charlotte, N.C. 28210
Telephone: (704) 357-6262
Email: walt.pettit@hutchenslawfirm.com

Please take further notice that the foregoing request includes all notices and papers referred to in the Bankruptcy rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone or otherwise.

Yadkin Bank additionally requests that the Debtor and the Clerk of the Court place the undersigned counsel and his address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case

Neither this Request for Notices nor any subsequent appearance, pleading, claim, proof of claim, document, suite motion nor any other writing or conduce shall constitute a waiver of the within party's:

A. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

B. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related thereto, notwithstanding the designation vel non of such matters as "core proceedings" pursuant to 28 U.S.C. section 157(b)(2)(H);

C. Right to have the reference of this matter withdrawn by the United States District Court in any matter of proceeding subject to mandatory or discretionary withdrawal; and

D. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution, all of the above rights are expressly reserved and preserved unto this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

This the 6 day of June, 2016.

Hutchens Law Firm
Attorneys for Yadkin Bank

By: _____
William Walt Pettit
NC Bar No.: 9407
Hutchens Law Firm
6230 Fairview Road, Suite 315
Charlotte, NC 28210
Telephone: (704) 357-6262
Telecopier: (704) 362-9258
Email: walt.pettit@hutchenslawfirm.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 16-50314 |
| Grant Barton Hayes and | ) | |
| Genene Reynolds Hayes, | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

## CERTIFICATE OF SERVICE

I William Walt Pettit as attorney of record for Yadkin Bank, hereby certify that on the ____ day of June, 2016 I served a copy of the Notice of Appearance and Request for Notice by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United states Postal Service, said envelope being addressed as follows:

Grant Barton Hayes                          Debtors
Genene Reynolds Hayes
414 Finley Ave.
North Wilkesboro, NC 28659

Robert P. Laney, Esq.                       Debtors' Attorney
906 Main Street
North Wilkesboro, NC 28659

Anna Cotton Wright                          Trustee
Grier, Furr & Crisp, PA
101 N. Tryon St., Suite 1240
Charlotte, NC 28246

                                            Hutchens Law Firm
                                            Attorneys for Yadkin Bank

                                            By: _____
                                            William Walt Pettit
                                            NC Bar No.: 9407
                                            Hutchens Law Firm
                                            6230 Fairview Road, Suite 315
                                            Charlotte, NC 28210
                                            Telephone: (704) 357-6262
                                            Telecopier: (704) 362-9258
                                            Email: walt.pettit@hutchenslawfirm.com