SGB 16020701

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **GRANT BARTON HAYES** ) | |
| **f/d/b/a POWERSPORT GRAFX-** ) | |
| **INVINCASHIELD, LLC** ) | **CASE NO. 16-50347** |
| **f/d/b/a POWERSPORT GROUP, LLC** ) | |
| **f/d/b/a PG SUSPENSION** ) | **CHAPTER 7** |
| **f/d/b/a KUDZU PROJECT, LLC** ) | |
| **f/d/b/a PG HUSQVARNA** ) | |
| **f/d/b/a GENUINE DIRT RIDER** ) | |
| **and GENENE REYNOLDS HAYES,** ) | |
| Debtors. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

    **NOW COMES** Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P., Post Office Drawer 26268, Raleigh, North Carolina, 27611, pursuant to Bankruptcy Rule 2002(i) and 3017(a) and hereby enters an appearance on behalf of creditor GENEVA CAPITAL, LLC and requests that a copy of all notices to creditors and other parties in interest be served upon him as attorney for GENEVA CAPITAL, LLC.

    This the 8th day of June, 2016.

                                            /s/    Byron L. Saintsing
                                            Byron L. Saintsing, N.C. Bar No. 16035
                                            SMITH DEBNAM NARRON DRAKE
                                            SAINTSING & MYERS, L.L.P.
                                            P.O. Box 26268
                                            Raleigh, NC 27611-6268
                                            Telephone:   (919) 250-2000
                                            bsaintsing@smithdebnamlaw.com
                                            Attorney for Creditor

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **GRANT BARTON HAYES** ) | |
| f/d/b/a POWERSPORT GRAFX- ) | |
| INVINCASHIELD, LLC ) | **CASE NO. 16-50347** |
| f/d/b/a POWERSPORT GROUP, LLC ) | |
| f/d/b/a PG SUSPENSION ) | **CHAPTER 7** |
| f/d/b/a KUDZU PROJECT, LLC ) | |
| f/d/b/a PG HUSQVARNA ) | |
| f/d/b/a GENUINE DIRT RIDER ) | |
| and GENENE REYNOLDS HAYES, ) | |
| Debtors. ) | |

I, Byron L. Saintsing of SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS, L.L.P., Attorneys at Law, hereby certify:

That I am, and at all times hereinafter-mentioned was, more than eighteen (18) years of age;

That on this day, I served copies of the foregoing Notice of Appearance and Request for Notices upon the following by mailing a copy thereof, postage prepaid:

GRANT BARTON HAYES, ET AL.        ROBERT P. LANEY, ESQ.
GENENE REYNOLDS HAYES             McElwee Firm, PLLC
414 Finley Avenue                 906 Main Street
North Wilkesboro, NC 28659        North Wilkesboro, NC 28659

ANNA COTTEN WRIGHT, TRUSTEE       LINDA SIMPSON, BANKRUPTCY ADMINISTRATOR
Grier, Furr & Crisp, P.A.         402 West Trade Street, Suite 200
101 N. Tryon Street, Suite 1240   Charlotte, NC 28202
Charlotte, NC 28246

I certify under penalty of perjury that the foregoing is true and correct.

This the 8th day of June, 2016.

/s/   Byron L. Saintsing
Byron L. Saintsing, N.C. Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
P.O. Box 26268
Raleigh, NC 27611-6268
Telephone:  (919) 250-2000
bsaintsing@smithdebnamlaw.com
Attorney for Creditor